# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08mj8486
                         )
vs                       )  ABSTRACT OF ORDER
                         )
                         )  Booking No. 06353098
Martin Allen Wells       )  C 1-5 885 T18
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6-19-08__

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____✓_____ Defendant released on $ _90,000 p/s_ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

              _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                    **PETER C. LEWIS**
                                    UNITED STATES MAGISTRATE JUDGE

                                    OR
Received_____           W. SAMUEL HAMRICK, JR.   Clerk
         DUSM                       by _L. Flores_
                                                      Deputy Clerk

Crim-9   (Rev 6-95)                       ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**