FILED

2008 JUL -9 PM 3:21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY___**✗w✗**___DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2269 W

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of Marijuana; |
| MARTIN ALLEN WELLS, | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| | ) | Possession of Marijuana with |
| Defendant. | ) | Intent to Distribute; Title 18, |
| | ) | U.S.C., Sec. 3146 - Bail Jumping |
| _____ | ) | (Felony) |

The grand jury charges:

## Count 1

On or about June 1, 2008, within the Southern District of California, defendant MARTIN ALLEN WELLS did knowingly and intentionally import approximately 15.10 kilograms (approximately 33.22 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

JPME:fer:Imperial
7/8/08

1

Count 2

2    On or about June 1, 2008, within the Southern District of

3 California, defendant MARTIN ALLEN WELLS did knowingly and

4 intentionally possess, with intent to distribute, approximately

5 15.10 kilograms (approximately 33.22 pounds) of marijuana, a

6 Schedule I Controlled Substance; in violation of Title 21, United

7 States Code, Section 841(a)(1).

8

Count 3

9    On or about June 26, 2008, within the Southern District of

10 California, defendant MARTIN ALLEN WELLS, did knowingly fail to appear

11 as required before the United States District Court in San Diego,

12 California, after having been released on or about

13 June 19, 2008, pursuant to the Bail Reform Act of 1984 (Title 18,

14 United States Code, Sections 3141-3150) in connection with the felony

15 charge of importation of marijuana contrary to law, in violation of

16 Title 18, United States Code, Sections 952 and 960; all in violation

17 of Title 18, United States Code, Section 3146.

18    DATED: July 9, 2008.

19

20                                         A TRUE BILL:

21

22                                         _____
                                           Foreperson
23

24 KAREN P. HEWITT
   United States Attorney
25

26 By: _____
       JAMES P. MELENDRES
27     Assistant U.S. Attorney

28

2