```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTINA M. McCALL
    Assistant U.S. Attorney
 3  California State Bar No. 234139
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone:  (619) 557-6760
    Email: Christina.mccall@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR2269-W |
|---|---|---|
| Plaintiff, | ) | MOTION TO FORFEIT BAIL |
| v. | ) | |
| MARTIN ALLEN WELLS, | ) | |
| Defendant. | ) | |

Plaintiff, UNITED STATES OF AMERICA, through its attorneys, KAREN P. HEWITT, United States Attorney, and CHRISTINA M. McCALL, Assistant United States Attorney, moves the Court to forfeit bail in the above-captioned case on the grounds that defendant failed to appear as ordered on June 26, 2008, for a Preliminary Hearing.  This motion is based upon the attached affidavit of CHRISTINA M. McCALL.

DATED: July 31, 2008.

                                          Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        ***/s/ Christina McCall***
                                        CHRISTINA M. McCALL
                                        Assistant U.S. Attorney

```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTINA M. McCALL
    Assistant U.S. Attorney
 3  California State Bar No. 234139
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone:  (619) 557-5482
    Email: Christina.mccall@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR2269-W |
|---|---|---|
| Plaintiff, | ) | DECLARATION IN SUPPORT OF |
| | ) | <u>MOTION TO FORFEIT BAIL</u> |
| v. | ) | |
| MARTIN ALLEN WELLS, | ) | |
| Defendant. | ) | |

I, CHRISTINA M. McCALL, declare:

1.   That I am the Assistant United States Attorney presently assigned to and familiar with the above-captioned case.

2.   That defendant MARTIN ALLEN WELLS, is currently charged in a three-count indictment with violation of Title 21 United States Code, Sections 952, 960, 841(a)(1) and Title 18 United States Code, Section 3146.

3.   That defendant MARTIN ALLEN WELLS failed to appear for a Preliminary Hearing on June 26, 2008, as previously ordered by this Court on June 19, 2008.

//
//
//

1   The United States respectfully submits that defendant's bail
2   should be forfeited and that the Government be permitted to pursue a
3   motion for judgment on default.
4      DATE: July 31, 2008.
5                               */s/ Christina McCall*
                                CHRISTINA M. McCALL
6                               Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR2269-W |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| MARTIN ALLEN WELLS, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED that:

I, CHRISTINA M. McCALL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of MOTION TO FORFEIT BOND on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Erick Guzman, Esq.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 31, 2008.

/s/ Christina M. McCall
CHRISTINA M. McCALL