**FILED**

AUG 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN ALLEN WELLS, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Criminal Case No. 08CR2269-W <br><br><br> O R D E R |

Upon application of the United States and good cause appearing therefor,

IT IS HEREBY ORDERED that the bail as to defendant MARTIN ALLEN WELLS is hereby forfeited.

SO ORDERED.

Dated: 8/13/08

_____
UNITED STATES DISTRICT JUDGE